1064

THE STATE OF WASHINGTON, *Respondent*, v. TROY ALLEN FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01616-1, Barbara D. Johnson, J., entered March 23, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Spearman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK RAY UNBEWUST, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 13-1-00033-0, William J. Faubion, J. Pro Tem., entered November 3, 2015. *Dismissed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO PUGA DE LA ROSA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00352-9, F. Mark McCauley, J., entered November 2, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Sutton, J.